```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

United States of America

    v.                              Case No. 2:13-cr-231

Stevie Billups

ORDER

    Defendant was convicted of attempting to possess with the intent to distribute heroin, and was sentenced to a term of incarceration, to be followed by a three-year term of supervised release. Defendant completed his term of incarceration and commenced his term of supervised release in September of 2017.

    This matter is now before the court on defendant's motion for early termination of supervised release.

    Under 18 U.S.C. §3583(e),

> [t]he court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)—
>
> (1) terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice[.]

18 U.S.C. §3583(e)(1).

    Defendant has served more than one year of supervised release, and therefore meets the threshold requirement for early termination. The probation officer has informed the court that defendant has been in compliance with all of the conditions of his supervised release. Counsel for the government has indicated that he has no objection to early termination of supervised release.

After considering and weighing all of the statutory factors and the information in the record, the court concludes that early termination of supervised release is warranted at this time and is in the interests of justice.  The motion for early termination of supervised release (Doc. 64) is granted, and defendant is hereby terminated from supervised release.

Date: December 17, 2019         <u>        s/James L. Graham         </u>
                                                  James L. Graham
                                                  United States District Judge